427 A.2d 1188

Rippl Printing v. Paragon Plastics et al.

Appeal of Paragon Plastics Industries, Inc., a Penna. Corp.

Argued April 9, 1979. Chris J. Balouris, for appellants; Ralph H. German, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.*

Judgment affirmed.

427 A.2d 1189

Schultz v. Amster, Appellant.

Argued September 10, 1979. Neal E. Newman, submitted briefs on behalf of appellant; Robert L. White, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.